UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
at LONDON

CRIMINAL ACTION NO. 6:05-CR-33-KKC-1

UNITED STATES OF AMERICA                                             PLAINTIFF

v.                                                **ORDER**

BILLY RYAN CAIN                                                    DEFENDANT

\* \* \* \* \* \* \* \* \*

This matter is before the Court upon the Defendant's Supervised Release violation Report filed by the United States Probation Office and the Report and Recommendation [DE #93] made by the United States Magistrate Judge with no objection having been filed. Accordingly, the Court, having examined the record and having made a *de novo* determination, is in agreement with the Magistrate Judge's report and recommendation.

Therefore, the Court, being otherwise fully and sufficiently advised, HEREBY ORDERS that

(1)     the Magistrate Judge's Report and Recommendation [DE #93] is ADOPTED as and for the opinion of the Court;

(2)     the Defendant's supervised release is REVOKED and shall remain in custody of the Bureau of Prisons for a term of eight (8) months.

(3)     The Defendant's imprisonment shall not be followed by a new term of supervised release.

This the 1st day of April, 2011.



Signed By:
Karen K. Caldwell
United States District Judge